# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| JACOB A. WALKER, individually and on behalf of a class of similarly situated consumers,<br><br>Plaintiff,<br><br>v.<br><br>CREDIT COLLECTION PARTNERS, INC.,<br><br>Defendant. | Case No.  3:21-cv-03176 |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that JACOB A. WALKER ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant, CREDIT COLLECTION PARTNERS, INC., have reached settlement as to Plaintiff's individual claims only. Plaintiff intends on dismissing the class claims without prejudice. The parties are in the process of completing the settlement and intend on filing dismissal papers within 45 days.

DATED: October 13, 2021

Respectfully submitted,

**JACOB A. WALKER**
By: */s/ Mohammed O. Badwan*
Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                              */s/ Mohammed O. Badwan*
                                              Mohammed O. Badwan, Esq