# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| JACOB A. WALKER, individually, and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>CREDIT COLLECTION PARTNERS, INC.,<br><br>   Defendant. | Case No. 3:21-cv-03176-SEM-TSH |

## STIPULATION OF DISMISSAL

      Plaintiff, JACOB A. WALKER, and Defendant, CREDIT COLLECTION PARTNERS, INC., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's individual claims against CREDIT COLLECTION PARTNERS, INC. The parties further stipulate to the dismissal of the class claims without prejudice. Each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Dated: November 30, 2021 | Respectfully Submitted, |
| JACOB A. WALKER | CREDIT COLLECTION PARTNERS, INC. |
| */s/ Victor T. Metroff*<br>Victor T. Metroff, Esq.<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave., Suite 200<br>Lombard, IL 60148<br>Phone: (630) 575-8181<br>vmetroff@sulaimanlaw.com<br>Attorney for Plaintiff | */s/ Patrick Watts (w/ consent)*<br>Patrick A. Watts, #61701<br>MALONE FROST MARTIN PLLC<br>1200 S. Big Bend Blvd.<br>St. Louis, MO 63117<br>pwatts@mamlaw.com<br>P: (314) 669-5490<br>F: (888) 632-6937 |

## **CERTIFICATE OF SERVICE**

I, Victor T. Metroff, an attorney, certify that on November 30, 2021, I caused the foregoing to be served upon counsel of record through operation of the Court's Case Management/Electronic Case File (CM/ECF) system.

/s/ *Victor T. Metroff*